UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHELLY M. JOHNSON

VERSUS

U.S. POSTAL SERVICE

CIVIL ACTION

23-749-SDD-SDJ

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson dated July 17, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to timely effect service upon Defendant the U.S. Postal Service.

Signed in Baton Rouge, Louisiana the 6 day of August, 2025.

*[signature]*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 8.